NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOLENE TANNER (SBN 285320)
   Assistant United States Attorneys
   Federal Building, Suite 7211
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-3544
   Facsimile: (213) 894-0115
   E-mail: jolene.tanner@usdoj.gov

Attorneys for the United States of America

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Appellant(s)<br><br>v.<br><br>MALCOLM CURTIS AND JUDITH CURTIS,<br><br>    Appellee(s). | District Court Case No.:<br>5:18-cv-02170-MWF<br><br>Bankruptcy Court Case No.:<br>6:16-bk-15373-SY<br><br>Chapter 11<br><br>ORDER DISMISSING CASE<br><br>Hon. Michael W. Fitzgerald |

Pursuant to the stipulation entered between the parties, IT IS HEREBY ORDERED that this matter is dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023.

IT IS SO ORDERED.

Dated: March 27, 2019

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE

1